**Order entered December 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00982-CV

### DONALD O. OZUMBA, M.D., ET AL., Appellants

### V.

### JANE DOE NO. 6, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-03960-2018

## ORDER

Before the Court is appellants' December 9, 2019 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **December 30, 2019**.

/s/    KEN MOLBERG
         JUSTICE